In the Matter of the Petition of FREDERICK R. RYAN, Respondent, to Compel MARTHA A. A. BEER, as Administratrix, etc., of WILLIAM C. BEER, Deceased, Appellant, to Render and Settle Her Accounts, etc.— Order of the Surrogate's Court of Westchester county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ., concurred.

In the Matter of the Probate of the Last Will and Testament of WILLIAM PURDY SHANNON, Late of the Town of Islip, Suffolk County, New York, Deceased. WILLIAM P. SHANNON, Appellant; CHARLES R. PURDY, Executor, etc., and Others, Respondents.— Decree of the Surrogate's Court of Suffolk county affirmed, with costs against the contestant. No opinion. Mills, Putnam, Blackmar, Kelly and Jaycox, JJ., concurred.

JOHN A. KINGSBURY, as Commissioner of Public Charities of the City of New York, on the Complaint of KATHERINE WARNOCK, Respondent, v. DEWEY McGUIRE, Appellant.— Order of filiation of the Court of Special Sessions affirmed, with costs. No opinion. Thomas, Mills, Putnam, Kelly and Jaycox, JJ., concurred.

JAMES J. KLEIN, Respondent, v. MITCHELL ROSENZWEIG and Another, Appellants, Impleaded with Another.— Judgment affirmed by default, with costs. Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ., concurred.

CELIA KRIEGSMAN, Respondent, v. LOUIS BORDMAN, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon the ground that the order of arrest was not supported by competent and sufficient evidence given by qualified witnesses. Jenks, P. J., Thomas, Rich, Blackmar and Jaycox, JJ., concurred.

GRANT J. KUNZE and NELLIE A. KUNZE, His Wife, Respondents, v. MITCHELL ROSENZWEIG and Others, Appellants.— Judgment affirmed by default, with costs. Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ., concurred.

CATHERINE LEAVY, an Infant, by M. WILLIAM LEAVY, Her Guardian ad Litem, Respondent, v. WILLIAM GREILICH, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

ANNA A. LUGMAYER, Respondent, v. AMELIA L. LITZENBURGER and ANTON LITZENBURGER, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ., concurred.

EMMA T. MARSH, as Administratrix de Bonis Non, etc., of JAMES COOPER, Deceased, Respondent, v. BERNARD BENSON and CHARLOTTE KOCH, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ.